IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MELVIN LEWIS SEALEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv785-MHT |
| | ) | (WO) |
| BRANCH BANKING AND TRUST COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

OPINION AND ORDER

After plaintiff filed this case in the Circuit Court of Crenshaw County, Alabama, defendant removed the case to this court, asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). Plaintiff then moved to remand to state court. The case is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to remand be denied. Also before the court are plaintiff's objections to the recommendation. Upon an independent and de novo review of the record, the court

concludes that the objections should be overruled and the recommendation adopted.

***

Accordingly, it is ORDERED as follows:

(1) Plaintiff's objections (doc. no. 14) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 13) is adopted.

(3) The motion to remand (doc. no. 6) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 19th day of September, 2018.

                              /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**