IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MELVIN LEWIS SEALEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv785-MHT |
| | ) | (WO) |
| BRANCH BANKING AND TRUST COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff filed this lawsuit seeking to void the foreclosure of his property. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment be granted. Also before the court are plaintiff's objections to the recommendation, and the plaintiff's motion to void his notice of voluntary dismissal in a prior case and to relieve him from final judgment in that case. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the

magistrate judge's recommendation adopted.  The court further concludes that plaintiff's motion to void his notice of voluntary dismissal and to relieve him from final judgment in his prior case should be summarily denied because those motions should have been filed in in the case in which they were entered, not this one.

    An appropriate judgment will be entered.

    DONE, this the 20th day of March, 2019.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**